UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| | ) | Civil Action |
| Plaintiff | ) ) | Case No. 3:12-cv-4798-M |
| v. | ) ) | |
| THE CHRISTMAS LIGHT COMPANY, LLC f/k/a THE CHRISTMAS LIGHT COMPANY, INC., and WILLIAM F. RATHBURN | ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT SETTLEMENT REPORT

Pursuant to the Court's July 19, 2013 Scheduling Order, the Secretary of Labor, Thomas E. Perez, United States Department of Labor and The Christmas Light Company, LLC f/k/a The Christmas Light Company, Inc. and William F. Rathburn (collectively "the parties") file this Joint Settlement Report, and would respectfully state to the Court the following:

1. The parties have reached substantial agreement to resolve all claims and liabilities in this case. Although the parties are still working diligently on some of the details of the settlement, the parties anticipate the specific agreements and obligations of both the parties will be contained in a Consent Judgment, which will be filed with the Court and which will contain (1) an Exhibit A listing the employees entitled to the monetary recovery described in the Consent Judgment and (2) an Exhibit B that outlines an agreement moving forward between the Secretary and Defendant William F. Rathburn.

2. The parties expect that the Consent Judgment along with the previously described attached Exhibits A and B will be filed with the Court on or before February 28, 2014.

3.   Accordingly, the parties respectfully request that the Court provide the parties until February 28, 2014 to file the Consent Judgment the attached exhibits thereto.


By:  /s Matthew P. Sallusti\_\_\_\_\_
    Matthew P. Sallusti
    State Bar No. 24013447

U.S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas 75202
972-850-3117 telephone
972-850-3101 fax

Attorneys for Plaintiff

By:  /s Dennis M. Holmgren \_\_\_\_\_
    C. Gregory Shamoun
    State Bar No. 18089650
    Dennis M. Holmgren
    State Bar No. 24036799

Shamoun & Norman, LLP
1755 Wittington Place, Suite 200
Dallas, Texas 75234
214-987-1745 telephone
214-512-9033 fax

Attorneys for Defendants


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing is to be served by operation of the Court's electronic filing system upon all parties entered in this case this 30th day of January 2014.

                                            /s  Matthew P. Sallusti\_\_\_
                                                      Attorney