UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff <br><br> v. <br><br> THE CHRISTMAS LIGHT COMPANY, LLC f/k/a THE CHRISTMAS LIGHT COMPANY, INC., and WILLIAM F. RATHBURN <br><br> Defendants. | Civil Action <br><br> Case No. 3:12-cv-4798-M |

## CONSENT JUDGMENT

Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Plaintiff" or "Secretary") has filed his complaint and Defendant The Christmas Light Company, LLC f/k/a The Christmas Company, Inc. ("Defendant CLC") and Defendant William F. Rathburn, Individually ("Defendant Rathburn") (collectively "Defendants") without admitting they have violated any provision of the Fair Labor Standards Act of 1938 have agreed to the entry of judgment without contest. It is, therefore, upon motion of the Plaintiff and for cause shown,

ORDERED Defendants, their officers, agents, servants, employees and all persons in active concert or participation with it be permanently enjoined from violating the provisions of Sections 6, 7 & 11(c), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq., hereinafter referred to as the Act, in any of the following manners:

1.      Defendants shall not, contrary to Sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§



206 and 215(a)(2), pay any employee who is engaged in commerce or in the production of goods for commerce, or who is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less the minimum hourly rates required by Section 6 of the Act.

2. Defendants shall not, contrary to Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2) employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty (40) hours, unless the employee receives compensation for his or her employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he or she is employed.

3. Defendants shall not, contrary to Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep and preserve accurate records of the persons employed by them, and the wages paid, hours worked and other conditions and practices of employment prescribed by regulations issued by the Administrator of the Wage and Hour Division, United States Department of Labor (29 C.F.R. Part 516).

4. Defendant Rathburn acknowledges and agrees as of the date of this Consent Judgment that he is an employer for all purposes under the Act.

5. Defendant CLC has paid to Plaintiff minimum wage and overtime compensation in the amount of $112,500.00, less appropriate income tax and social security deductions, and liquidated damages in the amount of $112,500.00, for a total amount of $225,000.00, which the parties agree, and the Court finds, is due under the Act to Defendants' employees named in the attached Exhibit A for the period January 1, 2010 through December 31, 2011. Plaintiff shall make appropriate distribution of the unpaid compensation to the employees, or their estate if

necessary. In the event that any of the money cannot be distributed within three (3) years hereof because of inability to locate the proper person, or because of their refusal to accept, the money shall be deposited with the United States Treasury.

6. The right of Defendants' employees not specifically named in "Exhibit A" attached hereto to bring an action under Section 16(b) of the Fair Labor Standards Act 29 U.S.C. § 216(b), shall be restored and neither the filing of this action nor the entry of this judgment shall bar an action and the statute of limitations in such action shall be deemed tolled from January 1, 2010 to December 31, 2011. The parties agree the filing of this action and provisions of this judgment shall not be interpreted to prejudice or preclude the rights of the Secretary of Labor, or any employees of Defendants, in any action filed by the Secretary of Labor, or by an employee, under the Act covering violations alleged to have occurred after December 31, 2011.

7. Defendants agree to retrain its foremen and supervisors to ensure that all employees' hours are reported accurately in order to ensure that all employees are paid properly, including but not limited to at least the minimum wage rate and overtime wage rate when working more than forty (40) hours per workweek. This training requirement also applies to all newly hired and/or promoted foremen and supervisors who were hired and/or received such promotion on or subsequent to January 1, 2014. On or before March 31, 2014, Defendants agree to provide all employees a one-page written memorandum and/or one-page written flyer in their native language/tongue that describes the wage rate each employee is paid as it relates to the minimum wage, explains the applicability of the overtime wage rate to each employee, and emphasizes the importance and need for all employees to report their hours worked accurately so to ensure they are properly compensated for each workweek.

8. Each party agrees to bear his or her own attorneys' fees, costs and other expenses

in connection with any stage of this proceeding, including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

By: /s/ Matthew P. Sallusti
Matthew P. Sallusti
State Bar No. 24013447

U.S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas 75202
972-850-3117 telephone
972-850-3101 fax

Attorneys for Plaintiff

By: /s/ C. Gregory Shamoun
C. Gregory Shamoun
State Bar No. 18089650
Dennis M. Holmgren
State Bar No. 24036799

Shamoun & Norman, LLP
1755 Wittington Place, Suite 200
Dallas, Texas 75234
214-987-1745 telephone
214-512-9033 fax

Stephen C. Key
State Bar No. 00791022
Key Harrington Barnes PC
3710 Rawlins St., Suite 950
Dallas, Texas 75219
214-615-7929 telephone
Attorneys for Defendants

By: /s/ William F. Rathburn
William F. Rathburn
Individual

Dated this ___ day of _____, 2014.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE

4

# **EXHIBIT A**

1. Ernesto Grana Acosta
2. Lazaro Acosta
3. Alfredo Agundis
4. Efrain Agundis
5. Joel Agundis
6. Jonatan Agundis-Rodriguez
7. Vicente Reyes Albino
8. Otilio Almanza
9. William Alvarez
10. Aaron D. Angeles
11. Omar Anguiano
12. Osvaldo Arroyo
13. Damian Santana Arteaga
14. Jesus Roman Arteaga
15. Agustin Aviles
16. Juan B. Ballesa
17. Moshe A. Barillas
18. Michael Barrera
19. Shane Barrios
20. Francisco Bocanegra
21. Juan E. Bocanegra
22. Camilo Bojay
23. Israel Bolanso
24. Juan A. Bravo
25. Alex M. Caceres-Diaz
26. Oscar Calcanas
27. Wilmer Campos
28. Felipe Castenda
29. Antoni Castillo
30. Elpidio Castillo
31. Jose F. Castillo
32. Jose G. Castro
33. Ruben Castro
34. Nestor Catalan
35. Luis Chavez
36. Martin Chihuahua



37. Anthony Childress
38. Juan C. Compos
39. Giovanne Contreras
40. Samuel Corona
41. Hector Coronado
42. Ausencio Corona-Ortega
43. Edson J. Cortez
44. Juan Pablo Cortez
45. Eduardo Cruz
46. Francisco Cruz
47. Juan Diego Cruz
48. Ruben Cruz
49. Jacinto Cruz-Badillo
50. Esteban Dejesus
51. Raul C. Dejesus
52. Luis A. Deleon
53. Rigoberto Deleon
54. Juan Oreje Delgado
55. Luis M. Deluna
56. Michael T. Duff
57. Jose G. Espinosa
58. Miguel A. Estrada
59. Daniel Fernandez
60. Ruben Flores
61. Valentin Flores
62. Edgar David Flores-Jaramillo
63. Angelica Flowers
64. Luis Rey Fonseca
65. Jose F. Fraire
66. Serafin P. Fuentes
67. Javier Gamez
68. Juan S. Gamino
69. Alfredo B. Garcia
70. Efrain Garcia
71. Fausto Garcia
72. Jonathan Garcia
73. Jose Fernando Garcia
74. Jose Joaquin Garcia
75. Mario Agund Garcia
76. Sistos Garcia
77. Oscar G. Gomez

6



| | |
|---|---|
| 78. | Pablo Rube Gomez-Rodrigue |
| 79. | Jose Enri Gonzalez |
| 80. | Jose Jaram Gonzalez |
| 81. | Raul B. Gonzalez |
| 82. | Reynaldo Gonzalez |
| 83. | Roberto Gonzalez |
| 84. | Eduardo Granados |
| 85. | Jose Alfre Guerra |
| 86. | Kirk Hanson |
| 87. | Julio Cesar Hernandez A |
| 88. | Alejandro Hernandez |
| 89. | Antonio Hernandez |
| 90. | Daniel A. Hernandez |
| 91. | Daniel M. Hernandez |
| 92. | Elmer E. Hernandez |
| 93. | Felipe Marin Hernandez |
| 94. | Gelmer Hernandez |
| 95. | Jose R Hernandez |
| 96. | Julian Hernandez |
| 97. | Julio Hernandez |
| 98. | Victor Hernandez |
| 99. | Daniel Hernandez-Delacruz |
| 100. | Jorge S. Herrera |
| 101. | Guillermo Ibarra |
| 102. | Madonio G. Jaramillo |
| 103. | Korina J. Johnson |
| 104. | Gerardo Juarez |
| 105. | Gustavo Juarez |
| 106. | Hector Juarez |
| 107. | Emmanuel Ray Kennedy |
| 108. | Denis A. Lara-Ramirez |
| 109. | Sarah Lari |
| 110. | David Leon |
| 111. | Jesus Loperena |
| 112. | Rigoberto Lopez |
| 113. | Ana Luna |
| 114. | Daniel Macareno |
| 115. | Albert Macedo |
| 116. | Jesus Magallanez |
| 117. | Francisco Javie Maldonado |
| 118. | Carlos Marin |



119. Carlos M. Martinez
120. Edwin A. Martinez
121. German A. Martinez
122. Ruben Martinez-Perez
123. Samuel Martinez-Perez
124. Cruz Medrano
125. Andres Mejorada
126. Pedro Melendez
127. Daniel Mendoza
128. Edwin Mendoza
129. Miguel Angel Mendoza-Flores
130. Jose Ramon Tovar Morales
131. Jose Ulice Moreno
132. Elias L. Munoz
133. Jose Delc Munoz
134. Jesus Murillo
135. James U. Nixon
136. John Smith Njigba
137. Mizael Ortega
138. Rogelio Ortega
139. Mario Ovalle
140. Bartolo H. Oviedo
141. Odilber Ridon Padillo
142. Adalberto Perez
143. Antonio F. Perez
144. Arturo Cruz Perez
145. Genaro Perez
146. Hector Medrano Perez
147. Jose Luis Perez
148. Juan A. Perez
149. Mario Perez
150. Orlando Perez
151. Ramon F. Perez
152. Refugio Perez Perez
153. Santiago Perez
154. Abel Piedra Jr.
155. Juan Pina
156. Mario M. Pluma
157. Juan A. Ponce
158. Sergio Aniba Ponciano
159. Felipe H. Portes



| | |
|---|---|
| 160. | Alejandro Portillo |
| 161. | Rogelio Puente |
| 162. | Agustin Ramirez |
| 163. | Alfredo G. Ramirez |
| 164. | Andres B. Ramirez |
| 165. | Cliofas Ramirez |
| 166. | Teodoro Ramirez |
| 167. | Hector Ramos |
| 168. | Raul Ramos |
| 169. | Heriberto Rangel |
| 170. | Ruben Resendiz-Martinez |
| 171. | Camacho C. Reyes |
| 172. | Rogelio Reyes |
| 173. | Jose Luis Reynoso |
| 174. | Francisco A. Rios |
| 175. | Miguel Rios |
| 176. | Nelson Mauri Rivas |
| 177. | Jorge Dioni Rivero |
| 178. | Mazabith Rivero |
| 179. | Alejandro S. Rocha |
| 180. | Carlos Rocha |
| 181. | Hugo Rodriguez |
| 182. | Israel Rodriguez |
| 183. | Jose Rodriguez |
| 184. | Manuel Rodriguez |
| 185. | Juan Rojas |
| 186. | Victor M. Roman |
| 187. | Kerry Xavie Ross Ii |
| 188. | Kerry Ross |
| 189. | Adrian Ruiz |
| 190. | Encarnacion G. Ruiz |
| 191. | Jairo Ruiz |
| 192. | Ruben Ruiz |
| 193. | Gilbert Z. Saldivar |
| 194. | Armando Munoz Sanchez |
| 195. | Javier L. Sanchez |
| 196. | Ascencion Santana |
| 197. | Genaro Santana |
| 198. | Jose A. Santana |
| 199. | Miguel A. Santana |
| 200. | Apolinar Cruz Santiago |



| | |
|---|---|
| 201. | Melquiades J. Santiago |
| 202. | Alejandro Serrano |
| 203. | Jose Silvestre |
| 204. | Manuel Solis |
| 205. | Lazaro Solorzano |
| 206. | Albert Taylor |
| 207. | Jose Tellez |
| 208. | Justin B. Thompson |
| 209. | Roberto Tinoco |
| 210. | Leobardo Torres |
| 211. | Marco Torres |
| 212. | Oliver Triana |
| 213. | Eduardo F. Valdez |
| 214. | Ariel Valenzuela |
| 215. | Roberto Carlo Varela |
| 216. | Jose Ricar Vargas |
| 217. | Marcus Vargas |
| 218. | Salvador Vargas |
| 219. | Antonio M. Vasquez |
| 220. | Hipolito Vasquez |
| 221. | Francisco B. Vazquez |
| 222. | Jose Ramir Vazquez |
| 223. | Marcos Velazquez |
| 224. | Francisco Javie Moreno Vielma |
| 225. | Max A. Wingate |
| 226. | Peter C. Wingate |
| 227. | Blas S. Yanes |
| 228. | Benancio Zarzoza |